IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

vs.                                    Case No.   5:02cv233/RH/WCS

**CONNIE L. ROULHAC and
JACKSON COUNTY, FLORIDA,**

      **Defendants.**

_____

## ORDER FOR DISMISSAL

THIS CAUSE came on to be heard on the United States' motion to dismiss this foreclosure action, without prejudice, and to cancel the Lis Pendens previously filed herein.

IT appears to the Court that good cause has been shown for the relief sought by the United States.

IT IS THEREFORE, ORDERED AND ADJUDGED:

(1)    This foreclosure action is dismissed without prejudice.

(2)    The Lis Pendens previously filed herein which describes the following

real property located in Jackson County, Florida, to wit:

> Lot 13, LITTLE KYNESVILLE SUBDIVISION in Section 20, Township 4 North, Range 11 West, according to the map or plat thereof as recorded in Plat Book 2, page 20, of the public records of Jackson County, Florida;

which is recorded in Official Record Book 872, at page 0655, of the public records of Jackson County, Florida, is hereby canceled.

(3)  The clerk shall enter judgment including the provisions set forth in paragraphs (1) and (2) above.

DONE and ORDERED this 8th day of May, 2005.

> s/Robert L. Hinkle
> Chief United States District Judge